UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
IN RE:

RS OLD MILL, LLC,
        Debtor.
------------------------------------------------------------x
RS OLD MILL, LLC and YEHUDA
SALAMON,
        Appellants,

v.

MARIANNE T. O'TOOLE, Chapter 7 Trustee,
and SUFFERN PARTNERS LLC,
        Appellees.
------------------------------------------------------------x



**ORDER**

20 CV 743 (VB)

Appellees having moved to dismiss the above-captioned appeal, the conference scheduled for February 27, 2020 is adjourned without date pending the outcome of the motion.

Dated: February 20, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge