# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re

RS OLD MILL, LLC,

                        Debtor.

------------------------------------------------------------X

RS OLD MILL, LLC, and YEHUDA SALAMON,

                        Appellants,              20 **CIVIL** 743 (VB)

            -against-                           **JUDGMENT**

MARIANNE O'TOOLE, Chapter 7 Trustee, and
SUFFERN PARTNERS LLC,

                        Appellees.

------------------------------------------------------------X

    It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 8, 2020, the motions to dismiss the appeal are granted; accordingly, this case is closed.

**Dated:**  New York, New York
          May 11, 2020

                                                             **RUBY J. KRAJICK**

                                                                  _____
                                                                  **Clerk of Court**
                            **BY:**
                                                                  _____
                                                                  **Deputy Clerk**